IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER GLEN CONLEY, #207444, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:13cv583-WHA |
| | )                      (WO) |
| DR. JEAN DARBOUZE, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5), entered on August 20, 2013, and the Plaintiff's Objection (Doc. #8), filed on August 29, 2013. After an independent evaluation and *de novo* review, the court finds the Objection to be without merit, and it is due to be overruled.

For the reason given in the Recommendation, i.e., that the Alabama Department of Corrections and the Easterling Correctional Facility are entitled to absolute immunity from this suit, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's claims against the Alabama Department of Corrections and the Easterling Correctional Facility are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and the Alabama Department of Corrections and Easterling Correctional Facility are DISMISSED as Defendants in this case.

2. With respect to the Plaintiff's allegations against Dr. Darbouze, Warden Sconyers, and Commissioner Thomas, this case is referred back to the Magistrate Judge for further proceedings.

DONE this 27th day of September, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE