IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROGER GLEN CONLEY, #207444, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:13-CV-583-TFM
) [WO]
)
DR. JEAN DARBOUZE, et al., )
)
Defendants. )

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is the ORDER, JUDGMENT and DECREE of this court that this case be and is hereby DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 19th day of November, 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE